# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LAZARUS LOVETT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-59 |
| | * | |
| v. | * | |
| | * | |
| CAMDEN COUNTY SAFETY COMPLEX, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 7.  No party to this action filed Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's claims against Defendant Camden County Safety Complex.  Plaintiff's deliberate indifference claims against all other Defendants remain pending.  Dkt. No. 8.

**SO ORDERED**, this 4th day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA