# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LAZARUS LOVETT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-59 |
| | * | |
| v. | * | |
| | * | |
| SHERIFF JIM PROCTOR, et al., | * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 24.  Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute, **DENIES as moot** Defendants' Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal,

AO 72A
(Rev. 8/82)

and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___2___ day of ___April___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA